UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN LOWE,

    Plaintiff,

                                            No. 05-60155
                                            Hon. John Corbett O'Meara

v.

CITY OF SOUTHFIELD, *et al.*,

    Defendants.

_____/

## ORDER VACATING AUGUST 28, 2005 ORDER OF PARTIAL REMAND

This court entered an order August 28, 2005, remanding certain state law claims to the 46th District Court. However, the parties had stipulated to dismiss the case without prejudice; and an order of dismissal had been filed August 4, 2005.

Therefore, it is hereby **ORDERED** that the court's August 28, 2005 order remanding state law claims is **VACATED**.

                                            s/John Corbett O'Meara
                                            John Corbett O'Meara
                                            United States District Judge

Dated: September 8, 2005